## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELAINE ZINN, et al** | **:** | **CIVIL ACTION** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **NO.  15-5130** |
| **OSI RESTAURANT PARTNERS, LLC,** | **:** | |
| **et al** | **:** | |
| | **:** | |

### ORDER

**AND NOW**, this 23rd day of June 2016, it having been reported the above captioned

matter is settled, it is **ORDERED:**

     1.     This action is **DISMISSED** under agreement of counsel and Local Rule of Civil

Procedure 41.1(b)[1]; and,

     2.     The Clerk of Court shall mark this matter **CLOSED.**

_____
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides that

> [a]ny such order of dismissal may be vacated, modified, or stricken from the
> record, for cause shown, upon the application of any party served within ninety
> (90) days of the entry of such order of dismissal, provided the application of the
> ninety-day time limitation is consistent with Federal Rule of Civil Procedure
> 60(c).